

# Fourth Court of Appeals
## San Antonio, Texas

June 25, 2021

No. 04-21-00213-CV

**AIKG, LLC** d/b/a Andretti Indoor Karting & Games,
Appellant

v.

**CSP CONSULTANTS GROUP, LLC**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI12924
Honorable Tina Torres, Judge Presiding

# O R D E R

On May 27, 2021, this court stayed all proceedings at the trial court level pending further order of this court. After reviewing the parties' supplemental briefing, we have determined that appellant is not entitled to relief and ORDER the stay lifted.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of June, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court